# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 23, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133308

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellant,

v

                                  SC: 133308
                                  COA: 265897

HERMAN JOHN VANDONKELAAR,
     Defendant-Appellee.

                                  Muskegon CC: 87-028984-FH

_____/

On order of the Court, the application for leave to appeal the January 4, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 23, 2007                                      *Corbin R. Davis*

s0516                                            Clerk